UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALLEN,<br><br>    Plaintiff,<br><br>v.<br><br>NORM KRAMER, *et al.*,<br><br>    Defendants. | Case No. 1:15-cv-01609-DAD-JDP<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE |

    On September 11, 2018, the undersigned issued an order to show cause ("OSC") asking attorneys Scott C. Hawkins and Daniel Cederborg whether the court should take action based on what appeared to be unauthorized practice of law. (Doc. No. 67.) The court issued the OSC after discovering that the attorney directory of the State Bar of California appeared to indicate that Mr. Hawkins had not been authorized to practice law in California during a period of time when he had filed documents with this court. Mr. Hawkins and Mr. Cederborg have responded to the OSC.

    The attorneys' responses indicate that the suspension listed for Mr. Hawkins was the result of an administrative error by the State Bar of California—that is, the State Bar of California did not timely process a penalty payment from Mr. Hawkins. (*See* Doc. No. 68, at 2-4, 7-11, 13, 15-18.) The record of suspension has since been expunged from the State Bar of California's directory, and the directory now shows that Mr. Hawkins has been authorized to practice law in California since June 2000 without any suspension of his license. (*See id.* at 19.)

The undersigned is satisfied that Mr. Hawkins has not engaged in unauthorized practice of law before this court. No sanction or other action is warranted. The undersigned appreciates the prompt and detailed responses from Mr. Hawkins and Mr. Cederborg.

**Order**

The order to show cause issued on September 11, 2018 (Doc. No. 67) is discharged.

IT IS SO ORDERED.

Dated: September 19, 2018

UNITED STATES MAGISTRATE JUDGE