# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALLEN, | Case No. 1:15-cv-01609-DAD-JDP |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO STAY THE CASE |
| v. | ECF No. 77 |
| CLIFF ALLENBY, *et al.*, | |
| Defendants. | |

Plaintiff moves the court to stay this case while awaiting a Ninth Circuit decision in another case. ECF No. 77. In seeking a stay, plaintiff raises the same arguments that defendants made earlier in the case—arguments that we have already evaluated and denied.[1] *See* ECF No. 71 at 7-8. Thus, plaintiff has failed to provide good cause for a stay, and we deny his motion. We note that the court currently is attempting to identify counsel to assist plaintiff.

IT IS SO ORDERED.

Dated: February 28, 2020

UNITED STATES MAGISTRATE JUDGE

---

[1] If both parties agree a stay is appropriate, they might consider seeking a stipulated stay.