UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALLEN,<br><br>          Plaintiff,<br><br>   v.<br><br>CLIFF ALLENBY, *et al.*,<br><br>          Defendants. | Case No. 1:15-cv-01609-DAD-JDP<br><br>ORDER APPOINTING COUNSEL |

Plaintiff David Allen, a civil detainee, proceeds without counsel in this civil rights action brought under 42 U.S.C. § 1983. The court finds the appointment of counsel for plaintiff warranted. Chijioke O. Ikonte has been selected from the court's pro bono attorney panel to represent plaintiff and has agreed to be appointed.

Accordingly, it is hereby ordered that:

1. Chijioke O. Ikonte is appointed as counsel for plaintiff in the above entitled matter.
2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.
3. The Clerk of the Court is directed to serve a copy of this order on Chijioke O. Ikonte, Akudinobi & Ikonte, 3435 Wilshire Blvd., Suite 1520, Los Angeles, CA 90010.

1

IT IS SO ORDERED.

Dated:   March 5, 2020

_____
UNITED STATES MAGISTRATE JUDGE

No. 204.