UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| DAVID ALLEN, | Case No. 1:15-cv-01609-DAD-JDP |
|---|---|
| Plaintiff, | ORDER SETTING TELEPHONIC STATUS CONFERENCE |
| v. | |
| STEPHEN MAYBERG, et al., | |
| Defendants. | |

Plaintiff David Allen, a civil detainee, proceeds without counsel in this civil rights action brought under 42 U.S.C. § 1983. The court will hold a telephonic status conference on May 14, 2020 at 2:00 p.m. The parties should prepare to discuss the following issues at the status conference: (1) whether the parties have any interest in settlement; (2) whether any limited discovery might be needed for trial; (3) whether the case would benefit from another round of briefing dispositive motions; and (4) any other measure that would secure speedy and efficient resolution of this case. Although plaintiff seeks injunctive relief for his personal safety in addition to monetary compensation, we are cognizant that the state government could take formal or informal measures against Valley Fever. If there is no interest in settlement, the parties should prepare to discuss how this case will move forward. Because some of the claims were inadvertently dismissed and plaintiff was mistakenly characterized as a prisoner, ECF No. 71 at 6-7, we will likely allow additional discovery and another round of dispositive motions on the

1

merits. The parties may persuade us otherwise. Assuming some limited discovery is appropriate, the parties should be prepared to provide a reasonable timeline for completing discovery and filing dispositive motions.

**Order**

1. The court will hold a telephonic status conference on May 14, 2020, at 2:00 p.m. (dial-in number: 1-888-204-5984; passcode: 4446176) to discuss matters identified above.
2. Plaintiff must make arrangements with staff at his institution of confinement for his attendance at the conference.
    a. Plaintiff's institution of confinement must make plaintiff available for the telephonic conference.
    b. Before the conference, defense counsel must confirm with plaintiff's institution of confinement that arrangements have been made for plaintiff's attendance.
    c. The clerk is directed to send a copy of this order to the litigation coordinator at plaintiff's institution of confinement.

IT IS SO ORDERED.

Dated:   April 9, 2020   _____
UNITED STATES MAGISTRATE JUDGE

No. 204.