1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT
9         FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11   DAVID ALLEN,                      Case No.  1:15-cv-01609-DAD-JDP

12              Plaintiff,             ORDER REQUIRING DEFENDANTS TO
                                       RESPOND TO PLAINTIFF'S MOTION TO
         v.                            SUBSTITUTE DECEASED DEFENDANT
13
     STEPHANIE CLENDENIN, *et al.*,
14                                     ECF No. 97
              Defendants.
15                                     RESPONSE DUE WITHIN 30 DAYS

16
        Plaintiff moves to substitute a representative for the deceased defendant Cliff Allenby.
17
     ECF No. 97.  Plaintiff's motion is unopposed.  However, it does not name the person to be
18
     substituted or indicate whether it has been served on that individual.  *See* Fed. R. Civ. P. 25(a)(3)
19
     (requiring service of a motion to substitute).  The burden of identifying defendant Cliff Allenby's
20
     personal representative falls upon defendants.  *See Gilmore v. Lockard*, 936 F.3d 857, 867 (9th
21
     Cir. 2019).  Thus, defendants are ordered to identify that individual within 30 days.  After that
22
     individual has been identified, plaintiff must serve his motion upon him or her, and the court will
23
     allow an opportunity for that nonparty to respond to plaintiff's motion.
24

25   IT IS SO ORDERED.

26

27   Dated:    August 11, 2020
                                         _____
28                                       UNITED STATES MAGISTRATE JUDGE

No. 204.