IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DAVID ALLEN,<br><br>         Plaintiff,<br><br> v.<br><br>NORM KRAMER, et al.,<br><br>         Defendants. | 1:15-cv-01609-DAD-JDP (PC)<br><br>ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT<br><br>ECF No. 104 |

The court construes the parties' request, ECF No. 104, as a motion.  For good cause shown, the requested extension is granted.  Defendant's motion for summary judgment is re-set for June 3, 2021, at 10:00 a.m.  Plaintiff's opposition shall be filed by May 13, 2021, and any reply filed by May 27, 2021.

IT IS SO ORDERED.

Dated:  April 19, 2021            /s/ Jeremy Peterson
                        JEREMY D. PETERSON
                        UNITED STATES MAGISTRATE JUDGE