IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DAVID ALLEN,<br><br>                       Plaintiff,<br><br>v.<br><br>STEPHANIE CLENDENIN,<br><br>                       Defendant. | 1:15-cv-01609-DAD-JDP (PC)<br><br>ORDER GRANTING *EX PARTE* APPLICATION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT<br><br>ECF No. 106 |

    For good cause shown, plaintiff's *ex parte* motion, ECF No. 106, is granted. The hearing on defendant's motion for summary judgment is reset July 22, 2021, at 10:00 a.m. Plaintiff's opposition to the summary judgment motion shall be filed by July 1, 2021, and any reply filed by July 15, 2021.

IT IS SO ORDERED.

Dated:   May 14, 2021

                                        JEREMY D. PETERSON
                                        UNITED STATES MAGISTRATE JUDGE